

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 04-136 UNA |
| WILLIAM M. POLLOCK, | : | |
| Defendant | : | |

**PRAECIPE TO SATISFY JUDGMENT**

TO THE CLERK
United States District Court
District of Delaware

The Judgment in the above case has been satisfied as of this date. Please so indicate in the Court's Docket and Judgment Index.

COLM F. CONNOLLY
United States Attorney

By: _____
Patricia C. Hannigan
Assistant United States Attorney
Delaware Bar I.D. No. 2145
The Nemours Building
1007 Orange Street, Suite 700
P. O. Box 2046
Wilmington, DE 19899-2046
(302) 573-6277
Patricia.Hannigan@usdoj.gov

January 6, 2006